IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2014 JUL -3 A 10: 46

Inmate Identification Number: **SEAN TYLER**
**#205096**

Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

**ALABAMA DEPARTMENT OF CORRECTIONS;**
**CORIZON. MEDICAL SERVICES; C.M.S**
**et. al ET. AL**

ter above full name(s) of the defendant(s)
his action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

CV-14-CO-1286-NE

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (  )          No ( X )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

Place of present confinement   _DECATUR CORRECTIONAL BASED FACILTY_

A. Is there a prisoner grievance procedure in this institution?
   Yes ( X )        No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )         No ( X )

C. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer is NO, explain why not?   _I'VE SPOKEN TO CAPTAIN FILES OF HOW THE MEDICAL CARE UNIT HANDLING MY SITUATION. THEN LATER I SPOKE TO THE WARDEN (CARTER) BUT THE MATTER AND DECISIONS PRIOR WAS FINAL. So I SOUGHT LEGAL HELP_

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) SEAN EUGENE TYLER #205096

Address 1401 HWY 20 WEST, D.C.B.F., DECATUR AL. 35601

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant ALABAMA DEPARTMENT OF CORRECTIONS

is employed as OFFICERS AND MEDICAL STAFF

at DECATUR WORK RELEASE

C. Additional Defendants OFC. FOSTER, CAPTAIN CARROLL, NURSE MEANS, AND DR. SAMUEL RICHARDSON

Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

(SEE ATTACHMENT-)
Pgs 1-3

3

_____
_____
_____
_____
_____
_____
_____

## RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____
_____

(SEE ATTACHMENT)
"RELIEF"

_____
_____
_____

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 1, 2014__

S. T___ #205096
1401 HWY 20 WEST
DECATUR CORRECTIONAL BASED FACILTY
DECATUR, AL. 35601

Signature(s)

# CLAIM

ON OR ABOUT
5-2-14 — I WAS CUTTING SCRAP PIECES OF WOOD ON A "DAYTON 337an" TABLE SAW AN UNINTENTIONALLY INJURED MY LEFT INDEX FINGER. THE (OFC. FOSTER) WASN'T IN SIGHT IN THE MAINTENANCE SHOP, I IMMEDIATELY WALKED TO THE NURSING STATION TO HAVE MY FINGER LOOKED AT.

AROUND 4PM. I ARRIVE AT CRESTWOOD HOSPITAL TO HAVE MY FINGER X-RAYED. I RECIEVE 4 STITCHES. THE NURSE SAYS THIER'S A BROKEN BONE IN THE TIP WHERE THE SAW BLADE RIPPED THROUGH THE FINGER LACERATING IT. AND THERE'S LITTLE CHANCE OF SAVING FLESH.

AROUND 8PM I ARRIVED BACK AT (D.W.R) FEELING WEAK FROM NO MEAL AND PLACED BACK ON TOP BUNK. CAUSE THE OFC ON DUTY SUGGEST I FIND A BOTTOM BUNK WITHIN THE CAMP OR CLIMB ON THE TOP BUNK.

5-3-14 — I AWAKE IN PAIN AND HEAD TO NURSING STATION AND ASK FOR SOME PAIN MEDICATION THAT WAS DUE TO ME. I WAS DENIED.

5-4-14 — THE FOLLOWING DAY I RECIEVE THE PRESCRIBE MEDICATION FROM HOSPITAL ORDER.

5-6-14 — I'M CALLED TO SPEAK WITH HEAD NURSE (MEANS). SHE REVIEWS MY MEDICAL FILE AND DISCUSS X-RAYS AND WHAT THE HOSPITAL SUGGEST. I TELL HER THAT THE NURSE SUGGEST THAT I SEE OR SCHEDULE AN APPOITMENT WITH A "SPECIALIST" IN ORDER FOR TO GROWTH AND REPAIR OF MY FINGER. I WAS DENIED. FOR NO GIVEN REASON. IN TURN, SHE SCHEDULE'S ME TO BE X-RAY BY A TECHNICAN AT LIMESTONE CORRECTIONAL FACILTY

5-8-14 — I'M "X-RAY" AT LIMESTONE CORRECTIONAL FACILTY THE RESULTS COME BACK NEGATIVE NO BROKEN BONE. HOW?

| Date | Entry |
|---|---|
| 5-20-14 | WENT BACK TO LIMESTONE CORRECTIONAL FACILTY TO HAVE DR. RICHARDSON PLACE A CAST/SPLINT COVERING MY FOREARM TO MY OPEN/EXPOSED FINGER. THAT AFTERNOON I MAKE IT BACK TO (D.W.R.) I GO GET MY VITAL SIGNS CHECK AND COMPLAIN TO NURSES OF THE TIGHTNESS AND UNCOMFORTABILTY AROUND MY WRIST - SLOWING MY CIRCULATION. |
| 5-21-14 | THE NEXT FOLLOWING NIGHT I REMOVE THE CAST/SPLINT CAUSE MY FINGERS STARTED TO BECOME "NUMB". AND I BEGAN TO LOSE FEELING IN THE TIP OF MY THUMB. AFTER I'VE TAKEN TWO EXTRA PAIN MEDS. |
| 5-22-14 | I ENTER THE HEALTH CARE UNIT AND TELL THE NURSES WHAT I DID THAT MORNING AND RECIEVE A DISCIPLINARY BY NURSE "NOLITA BEISER". AFTER I EXPLAIN OF THE POOR CIRCULATION FROM THE POORLY WRAPPED CAST/SPLINT THAT THE DOCTOR DID. OFC JOSHUA WAS PRESENT. |
| 5-23-14 | THE FOLLOWING AFTERNOON DURING LUNCH I'M CALLED INTO CAPT. CARROLL OFFICE TO DISCUSS WHY I REMOVED THE CAST/SPLINT. I EXPLAIN AGAIN THAT THE CAST/SPLINT HAS CAUSED DISCOMFORT, NUMBNESS IN MY OTHER FINGER AND I WASN'T BEING TAKEN SERIOUS SO I REMOVED IT. I WAS TOLD TO KEEP IT ON NO LONGER. CAPT. CARROLL TOLD ME I WAS DENIED EVER GOING BACK TO LIMESTONE CORRECTIONAL FACILTY. |
| 5-24-14 | MY MEDICATION ENDED: BUT I STILL HAVE PAIN, STIFFNESS AND THE SWELLING AT THE JOINT HASN'T WENT DOWN OR CEASED. ALSO, I WAS PRESCRIBED (2-3) REFILLS THAT I DIDN'T RECIEVE. |

-2-

5-29-14 I RECIEVED A HOSPITAL BILL FROM THE HOSPITAL TOTALING OVER $1000.00

6-4-14 I PUT IN "SICK-CALL" SLIP TO SEE PROFESSIONAL DOCTOR. BECAUSE MY FINGER IS SLOWING HEALING AND THE SWELLING HAVENT WENT DOWN. DUE TO BEING DENIED FOR LIMESTONE FACILITY.

6-9-14 I LEAVE THAT AFTERNOON AN GO TO THE "SPORTS MED" CLINIC AN SEE DOCTOR "BLACK". IM GIVEN X-RAYS. HE NOTICE THE BONE BROKEN AND THE SEVERITY IMMEDIATELY. I WAS TOLD TO KEEP IT CLEAN + DRY AND SCHEDULES ME FOR ANOTHER VISIT IN A MONTH.

## Relief

1.) I'm seeking from the courts what is justifiable for my claim in a financial way for my pain, suffering mental, physical damages that are temporary or permenant.

2.) I want the Department of Corrections to institute preventive safety courses, classes and training to all 30 institutions throughout the state of Alabama.

3.) I want these new guidelines implemented to officers and inmates prior to operating all equipment + working gear.

4.) I want the Department of Corrections to report all "unintentionally injuries" to the courts. And show what measures they've taken to preventive them. If so or any?

5.) I want random, monthly, quarterly. Checks of equipment to all 30 instututions inside and out.

6.) I want more mock hostile situations for the staff and contracted employees

July 1, 2014

CLERK:

IF THERE'S ANY QUESTION OR PROBLEM THAT I NEED OR HAVEN'T ADDRESSED PLEASE WRITE OR CONTACT ME TO FINALIZE THIS CLAIM. THANK YOU!

Respectfully Yours,

Sean Tyler
#205096